IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00941-AP

DAVID R. JONES,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Robert C. Dawes, Esq.
        572 East Third Avenue
        Durango, VO 81301
        (970) 247-4411 (telephone)
        (970) 247-1482 (facsimile number)

    **For Defendant:**

        TROY A. EID
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Laura Ridgell-Boltz, Assistant Regional Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001A

Denver, Colorado  80294
(303) 844-1571
(303) 844-0770 (facsimile)

## 2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.    DATES OF FILING OF RELEVANT PLEADINGS

A.    Date Complaint Was Filed: May 19, 2006.
B.    Date Complaint  Was Served on U.S. Attorney's Office: June 26, 2006
C.    Date Answer and Administrative Record Were Filed: August 25, 2006.

## 4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.

Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.

## 5.    STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff does not intend to submit additional evidence.

Defendant does not intend to submit additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.

Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.

## 7.  OTHER MATTERS

In the Complaint, Doc. #3, para. 4, Plaintiff states that the alleged onset date of disability is December 1, 2001.  In Defendant's Answer, Doc. #7, para. 4, it clarifies that the alleged onset date is December 20, 2001.  Upon receipt and review of the Administrative Record in this matter, Doc. #8, Plaintiff agrees with Defendant and wishes to amend the Complaint herein to reflect the

correct onset date of December 20, 2001.  Defendant states that they have no objection to amending the Complaint herein to reflect the correct onset date.

Plaintiff and Defendant have no other matters to bring to the attention of the court.

## 8.  PROPOSED BRIEFING SCHEDULE

A.      Plaintiff's Opening Brief Due: **OCTOBER 12, 2006.**
B.      Defendant's  Response Brief Due:      **NOVEMBER 15, 2006.**
C.      Plaintiff's Reply Brief (If Any) Due:  **NOVEMBER 29, 2006.**

## 9.      STATEMENTS REGARDING ORAL ARGUMENT

A.  Plaintiff's Statement.
Plaintiff does not request oral argument.

B.  Defendant's Statement:
Defendant does not request oral argument.

## 10.      CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A.      (  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.      (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.      OTHER MATTERS

*The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.*

## 12.      AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this **14th day of September, 2006.**

                                             BY THE COURT:


                                               S/John L. Kane              
                                             U.S. DISTRICT COURT JUDGE

**APPROVED:**

       **For Plaintiff:**

       **s/Robert C. Dawes        Date: 09/14/06**
       572 East Third Avenue
       Durango, VO 81301
       (970) 247-4411 (telephone)
       (719) 247-1482 (facsimile number)
       robert.dawes@dawesandharriss.com

       **For Defendant:**

       TROY A. EID
       United States Attorney
       KURT BOHN
       Assistant United States Attorney

       **s/Debra J. Meachum   Date: 09/14/06**
By:   Debra J. Meachum
       Special Assistant United States Attorney

       Laura Ridgell-Boltz
       Assistant Regional Counsel

       Social Security Administration
       1961 Stout Street, Suite 1001A
       Denver, Colorado  80294
       (303) 844-1571
       (303) 844-0770 (facsimile)
       debra.meachumt@ssa.gov
       laura.ridgell-boltz@ssa.gov