# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00941-LTB

**DAVID R. JONES,**

   **Plaintiff,**

**vs.**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**

   **Defendant.**

---

## ORDER

---

  Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act,

  IT IS HEREBY ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $3,574.19, to be made payable to Plaintiff David R. Jones and mailed to counsel of record. .

  DATED this ___12th___ day of _____June_____, 2007.

            BY THE COURT:

            ___s/Lewis T. Babcock___
            U.S. District Court Judge